ADAMS, ADMINISTRATOR, ETC., *vs.* BELL.

APPEAL FROM THE PARISH COURT, FOR THE PARISH AND CITY OF NEW-
ORLEANS.

In a petitory action, on failure to show title in the plaintiff, judgment must
be for the defendant.

In March, 1833, C. Adams, senior, made a surrender of
all his property to his creditors, in which twenty-three
negroes, now in the possession of the defendant, were in-
cluded. The evidence shows that these slaves were hired
from Governor Lynch, of Mississippi, and after the surrender
he sent his power of attorney to the defendant, authorizing
him to take the slaves in question into his possession.
N. Cox, syndic of Adams' creditors, instituted this suit for
their recovery, and judgment was given for the defendant.

The syndic appealed.

*Ives,* for the appellant.

*Harrison, contra.*

*Eustis, J.,* delivered the opinion of the court.

This is a petitory action for the recovery of a number of
slaves, which the defendant holds, as the agent of Charles
Lynch, of Mississippi.

The evidence shows that the slaves were the property of
Mr. Lynch, and were hired to Christopher Adams. There
is no contradictory evidence exhibited by the plaintiffs. The
court below considered that the plaintiff, as syndic, had
shown no title to the slaves, and gave judgment for the
defendant.

The counsel for plaintiff having suggested the death of
N. Cox, and that C. Adams, junior, was the administrator of
his estate, and the appointment of William M'Call as syndic
of the estate of Christopher Adams, senior;

It is ordered that said William M'Call and C. Adams, jun.,
be made parties to this appeal; and it is further ordered, that
the judgment of the Parish Court be affirmed, with costs.